FILED
CLERK, U.S. DISTRICT COURT

10/2/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CDO_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>SUPPATRA TANSUVIT,<br> aka "Susie,"<br>ERIC "E" WILLIAM HANSON,<br> aka "E," and<br>JAMES BERTRAND TINSLEY,<br><br>     Defendants. | CR No.  2:24-cr-00582-MEMF<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1349: Conspiracy<br>to Commit Wire and Bank Fraud;<br>18 U.S.C. § 1028A(a)(1):<br>Aggravated Identity Theft; 21<br>U.S.C. § 846: Conspiracy to<br>Distribute Methamphetamine and<br>Fentanyl] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

[ALL DEFENDANTS]

Beginning in or before 2023, and continuing through at least September 5, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendants SUPPATRA TANSUVIT, also known as ("aka") "Susie," ERIC WILLIAM HANSON, aka "E," and JAMES BERTRAND TINSLEY, and others, conspired to commit wire and bank fraud, in violation of Title 18, United States Code, Sections 1343 and 1344.  The objects of

the conspiracy were carried out, and to be carried out, in substance, as follows:  Defendants and their co-conspirators would steal the identities of victims and manufacture counterfeit identity documents in the victims' names, but bearing photographs of themselves.  Defendants would use the victims' identities and credit to obtain and attempt to obtain vehicles, rental properties, credit cards, accounts, and other goods and services.  Defendants would also negotiate altered and counterfeit checks.  Defendants and their co-conspirators used interstate wires to defraud their victims throughout this conspiracy.  Federally-insured financial institutions defrauded by defendants include City National Bank, Bank of America, Citibank, Barclays, Capital One, Sutton Bank, and Truist Bank.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

[ALL DEFENDANTS]

Beginning in or before 2023, and continuing through at least September 5, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendants SUPPATRA TANSUVIT, also known as ("aka") "Susie," ERIC WILLIAM HANSON, aka "E," and JAMES BERTRAND TINSLEY knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including the names of victims A.M.M., S.L., and S.L., on or about September 5, 2024, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Wire and Bank Fraud, as charged in Count One of this Information, knowing that the means of identification belonged to another actual person.

COUNT THREE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

Beginning in or before 2023, and continuing through at least September 5, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendants SUPPATRA TANSUVIT, also known as ("aka") "Susie," ERIC WILLIAM HANSON, aka "E," and JAMES BERTRAND TINSLEY conspired with each other, and others known and unknown, to knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl ("fentanyl"), a Schedule II narcotic drug controlled substance, both in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

KRISTEN A. WILLIAMS
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section

4